**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x

ANTONIO LA FERRARA, et al.,　　　　　　:
　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　Plaintiffs,　　　　　　　:　　　　　19-CV-887 (PAE) (OTW)
　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　-against-　　　　　　　　:　　　　　**ORDER**
　　　　　　　　　　　　　　　　　　　　　:
ITALIAN GOVERNMENT TRAVEL OFFICE A/K/A　:
ENTE NAZIONALE ITALIANO PER IL TURISMO,　:
　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　Defendant.　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　:

-------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge:**

The Court held a hearing in this matter on January 30, 2020. Pursuant to the directions given at the hearing, it is hereby **ORDERED** that:

- Fact discovery is extended to **March 31, 2020**;

- A pre-settlement telephone call will be held on **February 14, 2020 at 10:00 a.m.**
  Parties must call Chambers at 212-805-0260 when all counsel are on the line;

- An in-person Settlement Conference will be held on **March 19, 2020 at 2:30 p.m.**
  at the Daniel Patrick Moynihan Courthouse, 500 Pearl St., Courtroom 20D.
  Counsel shall review and comply with the Court's Individual Rules of Practice in
  Civil Cases § VI upon receipt of this Scheduling Order. Settlement submissions

are due by March 12, 2020.

**SO ORDERED.**

_s/ Ona T. Wang_

Dated: February 1, 2020
     New York, New York

**Ona T. Wang**
United States Magistrate Judge