UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANTONIO LA FERRARA, MINA AMENDOLA, GINA HARDWICK and SALVATORE PERSAMPIERI,

Plaintiffs,

v.

ITALIAN GOVERNMENT TRAVEL OFFICE, A/K/A ENTE NAZIONALE ITALIANO PER IL TURISMO,

Defendant.

No.: 1:19-cv-00887 (PAE)(OTW)

## JUDGMENT

WHEREAS on January 29, 2019, Plaintiffs filed a Complaint against Defendant Italian Government Travel Office, a/k/a Ente Nazionale Italiano Per Il Turismo;

WHEREAS on March 19, 2020, Defendant served upon Plaintiffs an Offer of Judgment pursuant to Fed. R. Civ. P. 68 for $90,000, inclusive of Plaintiffs' liquidated damages, interest, costs, expenses and attorneys' fees, as of March 19, 2020; and

WHEREAS on March 26, 2020, Plaintiffs timely accepted the Offer of Judgment.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that a judgment is entered against Italian Government Travel Office for $90,000.00.

Dated: New York, New York
       March 27, 2020

_____
PAUL A. ENGELMAYER
United States District Judge